IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC DIAZ, :
    Plaintiff :
  : No. 1:18-cv-02159
v. :
  : (Judge Rambo)
DAUPHIN COUNTY WORK :
RELEASE CENTER, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 3rd day of January 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without leave to amend as any amendment would be futile. See Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge